# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:

Adrienne Heitz
v.
Life Insurance Company of North America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Adrienne Heitz

```
FILED: AUGUST 25, 2008
08CV4849
JUDGE HART
MAGISTRATE JUDGE SCHENKIER
YM
```

| | |
|---|---|
| NAME (Type or print) <br> Mark D. DeBofsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark D. DeBofsky | |
| FIRM <br> Daley, DeBofsky & Bryant | |
| STREET ADDRESS <br> 55 W. Monroe Street, Suite 2440 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03127892 | TELEPHONE NUMBER <br> 312.372.5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |